**In the Interest of E.P. and D.W., Minor Children.**

**No. ED 76637.**

Missouri Court of Appeals, Eastern District, Division Five.

April 18, 2000.

Douglas S. Pribble, St. Louis, for appellant.

Margaret Donnelly, Clayton, guardian ad litem/respondent.

Richard J. Childress, St. Louis, for DFS.

Bettye Battle-Turner, St. Louis, for respondent.

Before: MARY RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, Sr.J.

*ORDER*

PER CURIAM.

Mother appeals the decision of the trial court terminating her parental custody. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).